UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

```
*********************************************
JAMES G. PAULSEN, Regional Director of      *
Region 29 of the National Labor Relations Board, *
for and on behalf of the NATIONAL LABOR     *
RELATIONS BOARD                             *
                                            *
                    Petitioner              *       14--CV— 4000
                                            *
        v.                                  *
CIAMPA MANAGEMENT CORP.                     *
                                            *
                    Respondent              *
                                            *
*********************************************
```

**Certification of Service**

James G. Paulsen, Regional Director of Region 29 of the National Labor Relations Board, for an on behalf of the National Labor Relations Board, the petitioner herein, certifies that on July 9, 2015, a copy of a Petition for Preliminary Injunction Under Section 10(j) of the NLRA; Memorandum of Points and Authorities in Support of Petition; Affidavit of James G. Paulsen; Proposed Order; Order to Show Cause; Motion to Try Petition for Preliminary Injunction under Section 10(j) of the National Labor Relations Act on the Basis of Affidavits and Other Documentary Evidence, and Memorandum in Support of Motion to Try Petition for Preliminary Injunction under Section 10(j) of the National Labor Relations Act on the Basis of Affidavits and Other Documentary Evidence was served by Overnight United Parcel Service Delivery Service and on July 8, 2013, via electronic mail, on the following:

PHILIP NIZERLLP
ATTN. REGINA FAUL, ESQ.
666 FIFTH, 28TH FLOOR
NEW YORK, NY 10103-0084
RFaul@PhillipsNizer.com

/s/ Emily Cabrera
Emily A. Cabrera, Counsel for Petitioner
National Labor Relations Board, Region 29
Two MetroTech Center, Suite 5100
Brooklyn, New York  11201

1
